Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Mirza Ali Askar
440 Blue Heron Circle
Bartlett, IL 60103
SSN: xxx−xx−8374　EIN: N.A.

Case No. : 15−40796
Chapter : 13
Judge : Carol A. Doyle

Narjis Ali Askar
440 Blue Heron Circle
Bartlett, IL 60103
SSN: xxx−xx−6681　EIN: N.A.

---

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
OF REQUIRED DOCUMENTS FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: September 12, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mirza Ali Askar  
Narjis Ali Askar  
       Debtors

Case No. 15-40796-CAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrivera     Page 1 of 1     Date Rcvd: Sep 12, 2019  
                     Form ID: definm13     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.  
db          #+Mirza Ali Askar,    440 Blue Heron Circle,    Bartlett, IL 60103-2307  
jdb         #+Narjis Ali Askar,    440 Blue Heron Circle,    Bartlett, IL 60103-2307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:

        Cari A Kauffman    on behalf of Creditor    Honda Lease Trust ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com  
        Charles L. Magerski    on behalf of Debtor 2 Narjis Ali Askar Cmagerski@sulaimanlaw.com, charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com  
        Charles L. Magerski    on behalf of Debtor 1 Mirza Ali Askar Cmagerski@sulaimanlaw.com, charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com  
        Jennifer M Rinn    on behalf of Creditor    Exeter Finance Corp. Jennifer@rinnrichmanlaw.com  
        Joseph S Davidson    on behalf of Debtor 2 Narjis Ali Askar jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
        Joseph S Davidson    on behalf of Debtor 1 Mirza Ali Askar jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
        Michael Dimand    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY., AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 mdimand@aol.com, bankruptcyfilings@wirbickilaw.com  
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
        Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com

                                                                                     TOTAL: 9